# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

**ROCCO BEARD**

Debtor(s)

Chapter: **13**

Case Number: **5:15-bk-04113-JJT**

## ORDER DISMISSING CASE

It appearing the above-named debtor(s) has/have failed to file the documents listed below, required pursuant to 11 U.S.C. §521 and Bankruptcy Rule 1007:

Schedules A - F

Schedules I - J

Statement of Financial Affairs

Means Test B22C

Employee Income Records or Certificate of No Payment Advices

**IT IS HEREBY, ORDERED** that the case of the above-named debtor(s) be and is hereby dismissed. The trustee hereby is discharged from further responsibility in this case, and it is further

**ORDERED** that all pending actions in this case are hereby dismissed.

Dated: November 13, 2015

By the Court,

John J. Thomas, Bankruptcy Judge
(RPR)

MDPA-Dismiss Case.WPT - REV 04/15

Case 5:15-bk-04113-JJT    Doc 14    Filed 11/13/15    Entered 11/13/15 12:36:41    Desc
Main Document      Page 1 of 1